IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
MARTINSBURG

**LACOSTA STEELE,**

      Plaintiff,

v.                                                      CIVIL ACTION NO.: 3:23-CV-62
                                                              (GROH)

**FCI HAZELTON MEDICAL STAFF,**

      Defendant.

## ORDER DISMISSING CASE WITHOUT PREJUDICE

On February 15, 2023, the pro se Plaintiff initiated the above-styled civil rights action pursuant to Bivens v. Six Unknown Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971), by filing a handwritten document in the Southern District of West Virginia. ECF No. 1. By order entered on February 17, 2023, Judge David A. Faber transferred this case to this District. ECF No. 4. The case file was transferred to this District on March 6, 2023. ECF No. 5.

On March 6, 2023, the Clerk of Court issued a Notice of Deficient Pleading and Intent to Dismiss, which instructed the Plaintiff that this action would be dismissed within thirty days because the Plaintiff failed to file on a Court-approved form. ECF No. 6. The Plaintiff accepted service of the notice on March 9, 2023. ECF No. 7. On April 6, 2023, the Plaintiff filed the Court-approved form as directed, and the Clerk of Court opened a new case, civil action number 3:23-CV-95.

Accordingly, it is hereby **ORDERED** that this action be **DISMISSED** and retired

from the docket.

The Clerk of the Court is further **DIRECTED** to **TERMINATE as MOOT** all pending motions, including Plaintiff's motion to produce all documents from Lantern Mental Health [ECF No. 2].

The Clerk is **DIRECTED** to mail a copy of this Order to the Plaintiff by certified mail, return receipt requested, to his last known address as reflected on the docket sheet, and to all counsel of record by electronic means.

**DATED**: April 25, 2023

GINA M. GROH
UNITED STATES DISTRICT JUDGE